UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HATCHER, A.K.A. LEXI HATCHER,<br><br>         Plaintiff,<br><br>    v.<br><br>G. JUNES, et al.,<br><br>         Defendants. | No. 2:19-cv-0793 AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. ECF Nos. 1, 2, 5, 11.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

On September 27, 2019, plaintiff filed a motion to amend. ECF No. 8. Shortly thereafter, plaintiff filed a first amended complaint. See ECF No. 10. The motion to amend will be granted nunc pro tunc, and the amended complaint will be screened pursuant to 28 U.S.C. § 1915A by separate order.

////

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend (ECF No. 8) is
2   GRANTED nunc pro tunc.
3   DATED: March 22, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE