IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN HATCHER (aka Lexi Hatcher),** | Case No. 2:19-cv-00793 AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **JUNES, et al.,** | |
| Defendants. | |

The Court has review Defendants' motion to modify the discovery and scheduling order. See ECF No. 34.  Good cause appearing, the Defendants' motion to modify (ECF No. 34) is GRANTED.  Defendants' deadline to conduct discovery and file motions to compel is extended by 31 days, up to and including April 4, 2022.  The dispositive motion deadline is also extended by 31 days, up to and including June 27, 2022.

Dated: February 18, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE