IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN HATCHER (aka Lexi Hatcher),** | Case No. 2:19-cv-00793 AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **JUNES, et al.,** | |
| Defendants. | |

The Court has reviewed Defendants' motion to modify the discovery and scheduling order. ECF No. 37.  Good cause appearing, the Defendants' motion to modify is GRANTED.  The deadline for Defendants' to complete discovery and dispositive motion deadline are VACATED and will be reset as necessary after the Court rules on Defendants' motion to compel.

Dated: March 21, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1