1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JUSTIN HATCHER, A.K.A. LEXI          No.  2:19-cv-0793 AC P
     HATCHER,
12
                 Plaintiff,
13                                         ORDER
           v.
14
     G. JUNES, et al.,
15
                 Defendants.
16

17

18        On March 21, 2022, the court vacated the discovery and dispositive motion deadlines in

19   this case pending a ruling on defendants' motion to compel.  ECF No. 38.  On April 28, 2022, the

20   court ruled on the motion, granting it in part and denying it in part.  ECF No. 39.  Plaintiff was

21   ordered to respond to defendants' outstanding interrogatories and requests for production of

22   documents, and she was given thirty days to do so.  Id. at 3-4.  That period has expired.

23   Accordingly, the deadlines for discovery and dispositive motions will now be reset.

24        Accordingly, IT IS HEREBY ORDERED that:

25        1.  Any final discovery-related motions shall be filed by July 15, 2022;

26        2.  All other pretrial motions shall be filed on or before October 7, 2022; and

27   ////

28   ////

                              1

3.   All other directives in the court's discovery and scheduling order, ECF No. 33, remain in full force and effect.

DATED: June 16, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE