IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN HATCHER (aka Lexi Hatcher),** | Case No. 2:19-cv-00793 AC P |
| Plaintiff, | **[PROPOSED] ORDER** |
| **v.** | |
| **JUNES, et al.,** | |
| Defendants. | |

The Court has reviewed Defendants' motion to modify the discovery and scheduling order. ECF No. 42.  Good cause appearing, Defendants' motion to modify is GRANTED.  The deadlines for Defendants to complete discovery and file dispositive motions are hereby VACATED and will be reset as necessary after the Court rules on Defendants' motion to dismiss.

Dated: July 8, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1