UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HATCHER, A.K.A. LEXI HATCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>G. JUNES, et al.,<br><br>    Defendants. | No.  2:19-cv-0793 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 20, 2022, defendants filed a motion to dismiss this action on the grounds that plaintiff had failed to respond to their discovery requests.[1]  ECF No. 41.  Under the Local Rules of this district, plaintiff is required to file either an opposition or a statement of non-opposition to defendants' motion.  Local Rule 230(l).  Plaintiff will be directed to do so.

---

[1] On April 28, 2022, plaintiff was ordered to serve completed and signed responses to defendants' interrogatories and requests for production of documents.  ECF No. 39 at 4.  On July 7, 2022, defendants filed a motion to modify the discovery and scheduling order.  ECF No. 42.  In that motion, defendants stated that plaintiff still had not responded to defendants' discovery requests.  Id. at 1-2, 4, 6.

1

     Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file either an opposition or a statement of non-opposition to defendants' motion to dismiss this action.  See Local Rule 230(l).

     Plaintiff is cautioned that failure to comply with this order may result in a recommendation that this action be dismissed for failure to prosecute.

DATED: July 26, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE